WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,        )<br>               Plaintiff,        )<br>vs.                          )<br>Javier Hernandez-Rascon,  )<br>               Defendant.      )<br>_____) | CR-97-00451-PHX-EHC<br><br>**<u>ORDER</u>** |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on July 10, 2008.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is neither a flight risk nor a danger to the community. *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 17th day of July, 2008.

_____
Lawrence O. Anderson
United States Magistrate Judge